JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CEDRIC GREENE, | ) NO. CV 10-10016 CJC (SS) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| BOARD OF PAROLE HEARINGS, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: March 10, 2011

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE